STATE LAW LIBRARY
DEC 07 2006
OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 06-0163

FILED

NOV 0 8 2006

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN RE REVISION OF THE RULES FOR )
CONTINUING LEGAL EDUCATION )
)

O R D E R

On October 27, 2006 Scott Burnham, Chair of the Montana Commission of Continuing Legal Education (CLE) petitioned this Court to adopt the following change to the Rules for Continuing Legal Education, as amended in 2001.

Specifically, Mr. Burnham's Petition proposes that Rule 4A be amended as follows:

RULE 4. EDUCATION REQUIRERMENTS, EXEMPTIONS, AND EXTENSIONS

A. Active Member Minimum Continuing Legal Education Requirement:

....

Every three years, each active member must complete a minimum of five (5) credit hours in ethics. Ethics means the accepted principles of professional conduct and responsibility as established by the Montana Rules of Professional Conduct. Ethics credits may be used to fulfill the 15 credit hours of required continuing legal education. Ethics credits may not be carried forward to subsequent 3-year reporting periods. Of the five (5) credit hours in ethics, one hour must be satisfied by a program on the relationship between a lawyer's professional responsibilities and substance abuse, chemical dependency, or debilitating mental conditions.

The underlined language is added to the existing language of the Rule.

Mr. Burnham's Petition states that the amendment of the Rule is appropriate because the State Bar of Montana (Bar) is making a proactive effort to address problems of substance abuse, chemical dependency and debilitating mental conditions amongst its members. These efforts include establishing a lawyer assistant program with a full-time director. The CLE believes that mandatory continuing legal education has an important contribution to make in furthering the Bar's efforts. Mr. Burnham also points out that past and present disciplinary counsel advise that many if not most lawyers who become involved in the disciplinary system

1

have problems with substance abuse, chemical dependency or debilitating mental conditions. Accordingly, it is appropriate to educate lawyers about lawyer assistance programs and their ethical duties to clients when a colleague is impaired.

Having considered Mr. Burnham's Petition and the important purposes which would be served by the amendment of the rule, and good cause appearing:

IT IS HEREBY ORDERED that Rule 4A of the Rules for Continuing Legal Education is amended in the foregoing respects, effective April 1, 2007. With the exception of the paragraph amended, all other provisions of Rule 4 remain in full force and effect without amendment.

IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order to Scott Burnham, Chair of the Montana Commission of Continuing Legal Education; to Chris Manos, Executive Director of the State Bar of Montana with the request that a copy of this Order be published in the next available issue of the *Montana Lawyer* and posted to the State Bar of Montana's website; and to Gregory J. Petesch, Code Commissioner.

DATED this 8th day of November, 2006.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2